United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| THO DUC HUYNH, § § § § § § § § § | |
| Petitioner, | |
| v. | Civil Action No: 1:25-cv-00156 |
| FRANCISCO VENEGAS, | |
| Respondent. | |

## AMENDED ORDER

Before the Court is Petitioner's "Consent Motion for Leave to Amend Complaint" (Petitioner's "Unopposed Motion"). Dkt. No. 7. Petitioner seeks to amend his "Petition for Writ of Habeas Corpus" (Petitioner's "Petition") because the original Petition was not signed by counsel as required by Federal Rule of Civil Procedure 11(a). *See* Fed. R. Civ. P. 11(a); Dkt. Nos. 1, 7. Opposing counsel represented in writing that Respondent is unopposed to the requested relief. Dkt. No. 7-12; *see also* Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave.").

The Court need not strike an unsigned pleading if the "omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Petitioner's counsel became aware of the signature deficiency on August 28, 2025, and the instant Unopposed Motion was filed the same day. Dkt. Nos. 7, 7-12. The proposed "First Amended Petition for Writ of Habeas Corpus" is properly signed by Petitioner's counsel and is otherwise identical to the original Petition. *Compare* Dkt. No. 1, *with* Dkt. No. 7-1. The attached proposed exhibits are also identical to the originally attached exhibits.

The Court finds that allowing Petitioner to amend his original Petition to include his counsel's signature serves the interests of justice. Fed. R. Civ. P. 15(a)(2). Accordingly,

Petitioner's Unopposed Motion (Dkt. No. 7) is **GRANTED**. The Clerk of Court is **DIRECTED** to file Dkt. No. 7-1 as Petitioner's "First Amended Petition for Writ of Habeas Corpus" as to Respondent, Francisco Venegas, along with the attached proposed exhibits contained in Dkt. Nos. 7-2 through 7-11. All other settings and deadlines will remain in effect. *See* Dkt. No. 6.

    **SO ORDERED.**

    **SIGNED** on this **2nd** day of **September, 2025**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**